# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MILTON LEWIS, | Case No. 2:17-cv-01158-JCM-VCF |
| Plaintiff(s), | |
| vs. | ORDER |
| BOARD OF REGENTS OF NEVADA SYSTEM OF HIGHER EDUCATION, | (Docket No. 9) |
| Defendant(s). | |

Pending before the Court is the stipulation to continue the early neutral evaluation, Docket No. 9, which is hereby **GRANTED**. The early neutral evaluation is **CONTINUED** to 9:30 a.m. on August 16, 2017. Early neutral evaluation statements shall be submitted by 3:00 p.m. on August 9, 2017. All other requirements established in the order at Docket No. 7 continue to apply.

IT IS SO ORDERED.

Dated: June 1, 2017

_____
Nancy J. Koppe
United States Magistrate Judge